Certificate Number: 20668-NJ-DE-038827481

Bankruptcy Case Number: 24-18082



20668-NJ-DE-038827481

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on September 2, 2024, at 10:33 o'clock AM EDT, Angelica Burwell completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 3, 2024              By:    /s/Consuelo v Gerhardt

                                        Name:  Consuelo v Gerhardt

                                        Title: Financial Educator