Certificate Number: 20668-NJ-DE-038867604

Bankruptcy Case Number: 24-18082



20668-NJ-DE-038867604

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2024, at 12:32 o'clock PM EDT, Jason P Burwell completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   September 15, 2024            By:    /s/Kathleen B Mills

                                      Name:  Kathleen B Mills

                                      Title: TEN Financial Educator