UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

Case No.: <u>24-18082 ABA</u>

Chapter: <u>     13          </u>

In Re:
Angelica G. Burwell
Jason P. Burwell

Judge: <u>Altenburg   </u>

## CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for <u>    Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On <u>    2/04/2025         </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>Notice of Amendment, Notice of Chapter 13 Bankruptcy Case Filing, and a Modified Chapter 13 Plan</u>.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated:<u>       2/04/2025          </u>          <u>   /s/ Nicholas Ralston        </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>SunPower Financial<br>P.O. Box 845073<br>Dallas, TX 75284 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.