UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
Lee M. Perlman, Esquire
Attorneys for Debtor
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
856-751-4224

In Re:
Angelica G. Burwell
Jason P. Burwell

Case No.: <u>24-18082 ABA</u>

Chapter: <u>     13          </u>

Judge: <u>Altenburg     </u>

### CERTIFICATION OF SERVICE

1. I, Nicholas Ralston:

   _____ represent the debtor in the above captioned matter.

   __X__ am the secretary / paralegal for <u>    Lee M. Perlman</u>, who represents the debtor(s) in the above captioned matter.

   _____ Am the _____ in the above captioned matter and am representing myself.

2. On <u>   2/05/2025          </u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: <u>Modified Chapter 13 Plan</u>.

3. I hereby certify under penalty of perjury that the above listed documents were sent using the mode of service indicated.

Dated:<u>        2/05/2025            </u>          <u>    /s/ Nicholas Ralston       </u>

| Name and Address of Party Served | Relationship of Party in the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | Notice of Electronic Filing (NEF) |
| United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | US Trustee | Notice of Electronic Filing (NEF) |
| Attn: President, Registered Agent or person designated to receive service of process<br><br>United States Attorney General<br>Attorney General<br>United States Department of Justice<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044<br><br>United States Attorney<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, New Jersey 07102<br><br>New Jersey Attorney General Office<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625-0112<br><br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br>State of New Jersey<br>P.O. Box 283<br>Trenton, NJ 08602<br><br>M & T Bank<br>Attn: Bankruptcy<br>P.O. Box 844<br>Buffalo, NY 14240 | Creditor | __ Hand delivered<br> X  Regular mail<br>__ Certified mail/RR<br>__ E-mail<br>__ Notice of Electronic Filing (NEF)<br>__ Other _____<br>     (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

| | | |
|---|---|---|
| US Dept of Housing & Urban Development<br>26 Federal Plaza, Suite 3541<br>New York, NY 10278<br><br>Toyota Financial Services<br>Attn: Bankruptcy<br>P.O. Box 259004<br>Plano, TX 75025<br><br>Members 1st FCU<br>Attn: Bankruptcy<br>5000 Marketplace Way<br>Enola, PA 17025<br><br>AES<br>Attn: Bankruptcy<br>P.O. Box 2461<br>Harrisburg, PA 17105<br><br>Nelnet<br>Attn: Bankruptcy Claims<br>P.O. Box 82505<br>Lincoln, NE 68501<br><br>SunPower Financial<br>P.O. Box 845073<br>Dallas, TX 75284<br><br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | | |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.