Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 24−18082−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jason P. Burwell
107 Beechwood Dr.
Mount Laurel, NJ 08054

Angelica Burwell
aka Angelica Guzman Burwell
107 Beechwood Dr.
Mount Laurel, NJ 08054

Social Security No.:
    xxx−xx−1849                              xxx−xx−5807

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 13, 2025.

Dated: March 13, 2025
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-18082-ABA |
| Jason P. Burwell | Chapter 13 |
| Angelica Burwell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 13, 2025 | Form ID: plncf13 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason P. Burwell, Angelica Burwell, 107 Beechwood Dr., Mount Laurel, NJ 08054-1019 |
| 520362559 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520540365 | + | SunPower Financial, PO Box 845073, Dallas, TX 75284-5073 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520362536 | + | Email/Text: collections@abcofcu.org | Mar 13 2025 21:04:00 | ABCO FCU, Attn: Bankruptcy, Po Box 247, Rancocas, NJ 08073-0247 |
| 520362537 | + | Email/Text: bncnotifications@pheaa.org | Mar 13 2025 21:02:00 | AES, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 520387287 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 13 2025 21:00:00 | Ascendium Education Solutions, Inc, PO Box 8961, Madison WI 53708-8961 |
| 520362538 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 13 2025 21:02:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 South West St, Wilmington, DE 19801-5014 |
| 520362539 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 21:08:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520362541 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2025 21:07:19 | Capital One/Walmart, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520362542 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2025 21:07:55 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520362543 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2025 21:52:34 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520362544 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 13 2025 21:07:48 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520362545 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2025 21:03:00 | Comenity Capital/Gamestop, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520362546 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 13 2025 21:07:04 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 520368786 | | Email/Text: mrdiscen@discover.com | Mar 13 2025 21:00:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520362547 | + | Email/Text: mrdiscen@discover.com | Mar 13 2025 21:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520362549 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 13 2025 21:02:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520410047 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 13 2025 21:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520388861 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 13 2025 21:01:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520362552 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2025 21:53:15 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520362553 | | Email/Text: camanagement@mtb.com | Mar 13 2025 21:03:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520425971 | | Email/Text: camanagement@mtb.com | Mar 13 2025 21:03:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520362554 | + | Email/Text: Unger@Members1st.org | Mar 13 2025 21:02:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 520362555 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 13 2025 21:03:00 | Nelnet, Attn: Bankruptcy Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 520421693 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2025 21:35:31 | Portfolio Recovery Associates, LLC, c/o Bjs, POB 41067, Norfolk VA 23541 |
| 520430168 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2025 21:21:21 | Portfolio Recovery Associates, LLC, c/o Frontier Airlines, POB 41067, Norfolk VA 23541 |
| 520430165 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2025 21:35:54 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 520424089 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2025 21:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520418018 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:35:16 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520418019 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:07:28 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 520420179 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:07:56 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520436729 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 13 2025 21:01:00 | State of New Jersey, Department of Treasury, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |
| 520377494 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 21:21:16 | Sofi Consumer Loan Program 2022-1S Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520362558 | ^ | MEBN | Mar 13 2025 20:57:53 | Sofi Lending Corp/MOHELA, Attn: Bankruptcy, Po Box 1022, Chesterfield, MO 63006-1022 |
| 520362560 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:07:15 | Syncb/Home Design, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520362561 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:20:59 | Syncb/Old Navy, Attn: Bankruptcy, Po Box |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: plncf13 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 965060, Orlando, FL 32896-5060 |
| 520362562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:07:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520362563 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:07:15 | Synchrony Bank/Climate Select, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520362564 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:07:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520362565 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:21:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520362566 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2025 21:07:23 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520362567 | | Email/Text: bankruptcy@td.com | Mar 13 2025 21:03:00 | TD Bank, Attn: Bankruptcy, PO Box 84037, Columbus, GA 31908 |
| 520362568 | ^ | MEBN | Mar 13 2025 20:57:37 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 520374165 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 13 2025 21:01:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520365927 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 13 2025 21:07:00 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520362569 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 13 2025 21:07:00 | US Dept of Housing & Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520373414 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 13 2025 21:03:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 520422594 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 13 2025 21:21:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520362540 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520362548 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520362550 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520362551 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520362556 | *+ | Nelnet, Attn: Bankruptcy Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |
| 520362557 | *+ | Nelnet, Attn: Bankruptcy Claims, P.O. Box 82505, Lincoln, NE 68501-2505 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: plncf13 | Total Noticed: 50 |

Date: Mar 15, 2025  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Jason P. Burwell ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Angelica Burwell ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5