Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]



**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

# TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 24-18082 (ABA)**

Monthly Payment: $2,544.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Jason P. Burwell and Angelica Burwell
107 Beechwood Drive
Mount Laurel, NJ 08054

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/10/2025 | $2,500.00 | 02/12/2025 | $2,500.00 | 03/12/2025 | $2,500.00 | 04/23/2025 | $2,500.00 |
| 05/12/2025 | $2,500.00 | 06/16/2025 | $2,500.00 | 07/14/2025 | $2,500.00 | 08/13/2025 | $2,500.00 |
| 09/12/2025 | $2,500.00 | 10/14/2025 | $2,500.00 | 11/12/2025 | $2,500.00 | 12/08/2025 | $2,500.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JASON P. BURWELL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | LAW OFFICES OF LEE M. PERLMAN | 13 | $3,353.00 | $3,353.00 | $0.00 | $0.00 |
| 1 | ABCO FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $13,187.62 | $2,030.45 | $11,157.17 | $0.00 |
| 4 | CAPITAL ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CITIBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CITIBANK/BEST BUY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK/THE HOME DEPOT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $2,841.98 | $437.57 | $2,404.41 | $0.00 |
| 10 | RESURGENT RECEIVABLES, LLC | 33 | $11,103.41 | $1,709.55 | $9,393.86 | $0.00 |
| 11 | DISCOVER BANK | 33 | $17,614.10 | $2,711.98 | $14,902.12 | $0.00 |
| 12 | DEPARTMENT OF THE TREASURY | 28 | $7,131.98 | $7,131.98 | $0.00 | $0.00 |
| 13 | JPMORGAN CHASE BANK, N.A. | 33 | $2,995.80 | $461.25 | $2,534.55 | $0.00 |
| 14 | M & T BANK | 24 | $3,137.86 | $3,137.86 | $0.00 | $0.00 |
| 15 | MEMBERS 1ST OF NJ F.C.U. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | RESURGENT RECEIVABLES, LLC | 33 | $3,723.02 | $573.22 | $3,149.80 | $0.00 |
| 18 | STATE OF NEW JERSEY | 28 | $1,057.59 | $1,057.59 | $0.00 | $0.00 |
| 19 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $18,400.07 | $2,832.99 | $15,567.08 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,100.43 | $477.36 | $2,623.07 | $0.00 |
| 21 | SYNCHRONY BANK/AMAZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCHRONY BANK/CLIMATE SELECT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCHRONY BANK/JCPENNEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $4,330.97 | $666.82 | $3,664.15 | $0.00 |
| 26 | TD BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | TOYOTA MOTOR CREDIT CORP. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ANGELICA BURWELL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | LEE MARTIN PERLMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | DEPARTMENT OF THE TREASURY | 33 | $255.94 | $34.76 | $221.18 | $0.00 |
| 34 | INTERNAL REVENUE SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | DISCOVER BANK | 33 | $15,288.83 | $2,353.97 | $12,934.86 | $0.00 |
| 36 | ASCENDIUM EDUCATION SOLUTIONS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $2,789.92 | $429.55 | $2,360.37 | $0.00 |
| 38 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $4,263.06 | $656.37 | $3,606.69 | $0.00 |
| 39 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $4,203.00 | $647.12 | $3,555.88 | $0.00 |
| 40 | RESURGENT RECEIVABLES, LLC | 33 | $3,290.55 | $506.63 | $2,783.92 | $0.00 |
| 41 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,368.18 | $980.48 | $5,387.70 | $0.00 |
| 42 | VERIZON BY AMERICAN INFOSOURCE | 33 | $78.75 | $0.00 | $78.75 | $0.00 |
| 43 | RESURGENT RECEIVABLES, LLC | 33 | $371.09 | $57.14 | $313.95 | $0.00 |
| 44 | RESURGENT RECEIVABLES, LLC | 33 | $1,298.62 | $199.95 | $1,098.67 | $0.00 |
| 45 | RESURGENT RECEIVABLES, LLC | 33 | $4,252.60 | $654.76 | $3,597.84 | $0.00 |
| 46 | RESURGENT RECEIVABLES, LLC | 33 | $389.83 | $60.02 | $329.81 | $0.00 |
| 47 | RESURGENT CAPITAL SERVICES | 33 | $3,707.56 | $570.84 | $3,136.72 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 09/01/2024 | 5.00 | $0.00 |
| 02/01/2025 | Paid to Date | $15,000.00 |
| 03/01/2025 | 54.00 | $2,544.00 |
| 09/01/2029 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $30,000.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $2,266.79 |
| Arrearages: | $440.00 |
| Attorney: | LAW OFFICES OF LEE M. PERLMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**