UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Toyota Motor Credit Corporation*

In re:

Jason P. Burwell
Angelica Burwell
*aka* Angelica Guzman Burwell

Debtors.

Chapter: 13

Case No.: 24-18082-ABA

Hearing Date: February 24, 2026

Judge Andrew B. Altenburg Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Settled/OTBS**.

Matter: **Motion for Relief from the Automatic Stay** (Doc. No. 32).

Dated: February 24, 2026

Stewart Legal Group, P.L.
Attorney for Creditor

By:     */s/Gavin N. Stewart*
Gavin N. Stewart, Esq.