UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Toyota Motor Credit Corporation*

In re:

Jason P. Burwell
Angelica Burwell
*aka* Angelica Guzman Burwell

                                 Debtors.

Order Filed on March 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 24-18082-ABA

Hearing Date: February 24, 2026

Judge Andrew B. Altenburg Jr.

## CONSENT ORDER RESOLVING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

   The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 6, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:            Jason P. Burwell & Angelica Burwell
Case No.:           24-18082-ABA
Caption of Order:   **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor"), whereas as of January 1, 2026 the underlying loan is post-petition current and due for the March 27, 2026 payment, and whereas the Debtors and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.    The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2016 Toyota Sienna, VIN: 5TDYK3DC4GS752939** provided that the Debtors comply with the following:

   a.   The Debtors shall resume making the regular monthly payments to Creditor as they become due beginning with the **March 27, 2026** payment.

2.    All payments due hereunder shall be sent directly to the Creditor at the following address: **Toyota Motor Credit Corporation P.O. Box 9490, Cedar Rapids, Iowa 52409-9490**.

3.    The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4.    If the Debtors fail cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the vehicle.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$250.00 and $199.00, respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ Lee M. Perlman*
Lee M. Perlman, Esq.
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003
*Counsel to Debtor*

*/s/Gavin N. Stewart, Esq.*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*