UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Toyota Motor Credit Corporation*

Order Filed on March 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Jason P. Burwell
Angelica Burwell
*aka* Angelica Guzman Burwell

                              Debtors.

Chapter: 13

Case No.: 24-18082-ABA

Hearing Date: February 24, 2026

Judge Andrew B. Altenburg Jr.

## CONSENT ORDER RESOLVING MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 6, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtors:          Jason P. Burwell & Angelica Burwell
Case No.:         24-18082-ABA
Caption of Order: **CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM
THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor"), whereas as of January 1, 2026 the underlying loan is post-petition current and due for the March 27, 2026 payment, and whereas the Debtors and Creditor seek to resolve the Motion, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **2016 Toyota Sienna, VIN: 5TDYK3DC4GS752939** provided that the Debtors comply with the following:

   a. The Debtors shall resume making the regular monthly payments to Creditor as they become due beginning with the **March 27, 2026** payment.

2.      All payments due hereunder shall be sent directly to the Creditor at the following address: **Toyota Motor Credit Corporation P.O. Box 9490, Cedar Rapids, Iowa 52409-9490**.

3.      The Debtors will be in default under the Consent Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4.      If the Debtors fail cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) permitting Creditor to exercise any rights under the loan documents with respect to the vehicle.

5.      Creditor is awarded reimbursement of attorney fees and costs in the amount of

$250.00 and $199.00, respectively, to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


*/s/ Lee M. Perlman*                                      */s/Gavin N. Stewart, Esq.*
Lee M. Perlman, Esq.                              Gavin N. Stewart, Esq.
1926 Greentree Road                              Stewart Legal Group, P.L.
Suite 100                                          401 East Jackson Street, Suite 2340
Cherry Hill, NJ 08003                          Tampa, FL 33602
*Counsel to Debtor*                                *Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 24-18082-ABA

Jason P. Burwell                                                          Chapter 13

Angelica Burwell

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                  Page 1 of 2

Date Rcvd: Mar 06, 2026                     Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2026:**

**Recip ID                  Recipient Name and Address**
db/jdb                  +  Jason P. Burwell, Angelica Burwell, 107 Beechwood Dr., Mount Laurel, NJ 08054-1019

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Lee Martin Perlman | on behalf of Debtor Jason P. Burwell ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Angelica Burwell ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |

District/off: 0312-1                         User: admin                                    Page 2 of 2
Date Rcvd: Mar 06, 2026                      Form ID: pdf903                              Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6