DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire (AB 1574)**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

| | |
|---|---|
| In Re:<br><br>**Jason P. Burwell**<br>**Angelica Burwell**<br><br>Debtor(s)' | Case No.24-18082 (ABA)<br><br>Judge:  Andrew B. Altenburg, Jr.<br><br>**STIPULATION ADJUSTING**<br>**TRUSTEE PAYMENTS** |

**WHEREAS** a review of Debtor's case by the Chapter 13 Standing Trustee's Office revealed that Debtor's monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS** the Trustee and Debtor's counsel have agreed to resolve the adjustment in Trustee payments by this Stipulation.

**NOW THEREFORE,** the Trustee and counsel for Debtor hereby agree as follows: Debtor's case be and is hereby allowed to continue at $47,500.00 total receipts applied to plan, then $2,609.00 per month for the remaining forty-one (41) months, commencing April 1, 2026 for a total of sixty (60) months.

**An amended TFS-epay to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Stipulation.**

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on March 12, 2025, remain in effect.

/s/ Lee M. Perlman
_____
Lee M. Perlman, Esquire
Attorney for Debtor


Dated:  03/21/2026

/s /Andrew B. Finberg
_____
Chapter 13 Standing Trustee


Dated:  3/23/2026

Cherry Tree Corporate Center                                                      **Payments Only:**
535 Route 38
Suite 580                                                                                       **P.O. Box 1978**
Cherry Hill, NJ 08002                                                        **Memphis, TN 38101-1978**
(856) 663-5002
Page **2** of **2**